IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT NELL DANIELS,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-00726-KD-B |
| **BALDWIN COUNTY CORRECTIONS CENTER,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 25th day of July, 2011.

                                              s/ Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE