IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT NELL DANIELS,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-00726-KD-B |
| **BALDWIN COUNTY CORRECTIONS CENTER,** *et al.*, | : | |
| | : | |
| Defendants. | | |

## JUDGMENT

In accordance with the order entered this date, adopting the report and recommendation of the Magistrate Judge, it is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 25th day of July, 2011.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> UNITED STATES DISTRICT JUDGE